## THE SIDONIAN.

### GENTILLI *v.* THE SIDONIAN.

*(Circuit Court, E. D. New York.   July 9, 1888.)*

SHIPPING—LIBERTY TO CALL AT ANY PORT—QUARANTINE PORT—DETENTION—
DAMAGE TO FRUIT CARGO—BILL OF LADING—EVIDENCE.
    The shipper of a cargo of fruit took from the ship a bill of lading contain-
    ing permission to the vessel to call at any port or ports.   One port, at which
    the ship was accustomed to call, was known to all parties to be quarantined.
    Evidence was given tending to show that the agent of the ship gave the ship-
    per to understand that the vessel would not call at the quarantined port.   Nev-
    ertheless the shipper thereafter accepted the bill of lading containing the
    permission, without objection.   Thereafter the ship did so call, and was de-
    tained in quarantine, and by such delay the shipper's fruit was damaged.
    *Held*, that the bill of lading governed, and that he could not recover in an ac-
    tion brought upon it.

In Admiralty.   On appeal from district court.   34 Fed. Rep. 805.
*Ullo, Ruebsamen & Hubbe*, for appellant.
*Hill, Wing & Shoudy*, for appellee.

BLATCHFORD, Justice.   I concur in the views and conclusions of the
district judge in his decision in this case.   Let there be a decree dis-
missing the libel, with costs to the claimants in the district court, taxed
at $67.60, and with their costs in this court, to be taxed.